**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CONNIE GIPSON,<br><br>　　　　Respondent. | Case No. 1:13-cv-00892-BAM-HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO PAY THE FILING FEE (DOC. 2)<br><br>ORDER DISMISSING PETITIONER'S REQUEST TO FILE A PETITION AS MOOT (DOC. 2)<br><br>**DEADLINE FOR PAYMENT OF FILING FEE OR FILING AN APPLICATION TO PROCEED IN FORMA PAUPERIS:**<br><br>**TWENTY (20) DAYS** |

　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court are 1) Petitioner's request to file his petition a week late, and 2) Petitioner's motion for an extension of

1

time to pay the filing fee.

Because Petitioner's petition has been filed, Petitioner's request to file the petition is DISMISSED as moot.

Good cause appearing, Petitioner's motion for an extension of time to pay the filing fee is GRANTED.

Petitioner may PAY the filing fee or submit an application to proceed in forma pauperis no later than twenty (20) days after the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 18, 2013**              /s/ *Barbara A. McAuliffe*   _
                                        UNITED STATES MAGISTRATE JUDGE